IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:16-CR-00121-BR-1

UNITED STATES OF AMERICA :
:
v. :
:
DELMAN DEWAYNE DIXON :

**ORDER OF FORFEITURE**

WHEREAS, pursuant to the entry of a plea agreement by the defendant on October 30, 2017, and further evidence of record and as presented by the Government, the Court finds that the following property is hereby forfeitable pursuant to 18 U.S.C. § 924(d)(1), made applicable to this proceeding by virtue of 28 U.S.C. § 2461(c), as firearms and ammunition used in knowing violations of 18 U.S.C. § 922(g)(1) and 924, to wit, a Hi-Point JCP .40 caliber pistol, serial number 711088; a Springfield XD 9mm pistol, serial number XD145210; a Davis Industries model P-380 .380 caliber pistol, serial number AP486864; a Mossberg 500-gauge shotgun, serial number U278964; and all related ammunition;

AND WHEREAS, by virtue of said guilty plea, the United States is now entitled to possession of said personal property, pursuant to Fed. R. Crim. P. 32.2(b)(3);

It is hereby ORDERED, ADJUDGED and DECREED:

1. That based upon the guilty plea as to the defendant Delman Dewayne Dixon, the United States is hereby authorized to seize the above-stated personal property, and it is hereby forfeited to the United States for disposition in accordance with the law, including destruction, as allowed by Fed. R. Crim. P. 32.2(b)(3). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order is now final as to the defendant.

2. That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B).

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED. This 1st day of Feb., 2018.

_____
W. EARL BRITT
Sr. United States District Judge